Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: dhowell@mgmresorts.com
         spettitt@mgmresorts.com
*Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON RUGGIERO, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC d/b/a MGM GRAND HOTEL & CASINO,<br><br>                Defendant. | **CASE NO.: 2:23-cv-02133-JCM-DJA**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

1

Each party will bear his or its own costs.  All parties appearing have signed this stipulation, and there are no remaining claims or parties.

DATED this 11th day of July 2024.

HATFIELD & ASSOCIATES, LTD

 /s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
Nevada Bar No.: 1010
Attorney for Plaintiff
*Jason Ruggiero*

DATED this 11th day of July 2024

MGM RESORTS INTERNATIONAL

/s/Scott Pettit
Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89118
Attorney for Defendant
*MGM Grand Hotel, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _July 16, 2024_____

2